# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| John Bergen,<br><br>          Plaintiff,<br><br>v.<br><br>Reliable Landscape Services Incorporated, et al.,<br><br>          Defendants. | No. CV-22-00245-TUC-JCH<br><br>**ORDER** |

On May 24, 2022, Plaintiff John Bergen ("Plaintiff") filed a Complaint against Defendants[1] pursuant to the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* (Doc. 1.) On June 6, 2022, the parties filed a stipulation (Doc. 6) requesting an extension of time for Defendants to answer or otherwise respond to the Complaint, which the Court granted. (Doc. 7.) The Court's Order set Defendants' deadline for July 5, 2022. (Doc. 7.)

Pending before the Court is Plaintiff's Notice of Voluntary Dismissal with Prejudice (Doc. 8), filed on June 30, 2022, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. Under the rule, "the plaintiff may dismiss an action without a court order by filing ... a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment...." Fed.R.Civ.P. 41(a)(1)(A)(i). Here, Plaintiff filed his notice before the defendants' service of an answer or responsive pleading. There is no further action for this Court to take other than to ensure that the Clerk of Court terminates this action. *See id*.

---

[1] Defendants are Reliable Landscape Services, Inc. ("Defendant Reliable Landscape"), Leonard Robbins and Jane Doe Robbins, and Linda Robbins and John Doe Robbins (collectively, "Defendants").

Accordingly,

**IT IS ORDERED DIRECTING** the Clerk to terminate this action given Plaintiff's notice of voluntary dismissal under Rule 41(a)(1)(A)(i) (Doc. 8).

Dated this 6th day of July, 2022.

*Honorable John C. Hinderaker*
United States District Judge